# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DESMOND DEVONTE VERDIN

NO. 2025 KW 0949

**JANUARY 9, 2026**

---

In Re:    Desmond Devonte Verdin, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 810397.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT